

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Weeks Marine, Inc. v. Mario Carlos

Appellate case number:    01-21-00015-CV

Trial court case number:  2020-34256

Trial court:              125th District Court of Harris County

      The motion for en banc reconsideration is **denied**.

      It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
              ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack, and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___January 13, 2022_____